# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**CASE NO. 25-5954**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| V.   **NOTIFICATION OF WAIVER OF REPLY BRIEF** | |
| **BRETT HANKISON** | **DEFENDANT** |

\* \* \* \* \*

Brett Hankison, by counsel, provides the following notice waiving the opportunity to file a reply brief in this case:

Mr. Hankison filed his corrected brief on November 7, 2025. *See* [App. R. 8: Corrected Appellant Brief]. The government filed its response on November 13, 2025, agreeing that Mr. Hankison should be granted release on bond pending appeal pursuant to 18 U.S.C. § 3145(c). *See* [App. R. 12: Appellee Brief].

While the briefing schedule anticipates the potential filing of an optional reply brief, Mr. Hankison hereby waives that opportunity. *See* [App. R. 4: Briefing Letter, Page 2]. Given that he is currently in BOP custody, Mr. Hankison respectfully requests this matter be submitted to the Court for its expedited consideration.

Respectfully submitted,

/s/ Jarrod J. Beck

LAW OFFICE OF JARROD J. BECK, PLLC
101 WEST SHORT STREET
LEXINGTON, KENTUCKY 40507
PHONE 859.948.5535
JARROD.BECK@GMAIL.COM

COUNSEL FOR BRETT HANKISON

## CERTIFICATE OF SERVICE

On November 17, 2025, I electronically filed this motion through the ECF system, which will send notice of docket activity to all counsel of record.

/s/ Jarrod J. Beck

COUNSEL FOR BRETT HANKISON