**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 20, 2026

Mr. James J. Vilt Jr.
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

      Re:    Case No. 25-5954, *USA v. Brett Hankison*
                   Originating Case No. 3:22-cr-00084-1

Dear Mr. Vilt,

  Enclosed is a copy of the mandate filed in this case.

                                         Sincerely yours,

                                         s/Kelly Stephens
                                         Case Management Specialist: Antoinette

cc: Mr. Jarrod James Beck
     Mr. Andrew Braniff
     Mr. Ibrahim Aly Farag
     Mr. Robert J Keenan

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 25-5954

_____

Filed: January 20, 2026

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BRETT HANKISON, Officer

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 12/29/2025 the mandate for this case hereby issues today.

COSTS: None